UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022____
```

JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

                           Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                           Defendant.

22 Civ. 4993 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court intends to resolve Plaintiffs' application for a temporary restraining order and a preliminary injunction, ECF No. 5, on the papers. Accordingly, by **July 14, 2022**, Defendants shall file their opposition. Plaintiff shall file any reply by **July 18, 2022**. Plaintiffs are directed to serve a copy of this order, their proposed order to show cause, and their memorandum in support thereof, ECF Nos 5, 6, on Defendants by **July 11, 2022**, and to file proof of service on the docket by **July 12, 2022**.

      SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                            ANALISA TORRES
                                             United States District Judge