**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

Plaintiffs,

-against-

22 **CIVIL** 4993 (AT)

**JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 26, 2024, New York City Department of Education's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

January 26, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**