```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

                  Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendant.

22 Civ. 4993 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiffs' motion for reconsideration filed on February 23, 2024. ECF Nos. 41–43. Accordingly:

1. By **March 11, 2024**, Defendant shall file its opposition papers; and
2. By **March 18, 2024**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge