**BRAIN INJURY RIGHTS GROUP**

Address: 3
Telephone: 6
Website: w

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/19/2024__

March 18, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ferreira et al. v. New York City Department of Education,* 22-cv-04993

Dear Judge Torres:

As you may recall, I represent the Plaintiffs in the above-referenced matter.

On February 23, 2024, Plaintiffs filed a Motion for Reconsideration of Your Honor's January 26, 2024, Order dismissing Plaintiffs' Complaint with prejudice. *See* ECF No. 41. On March 11, 2024, the Defendant filed its opposition to the Plaintiffs' motion. ECF No. 45. Plaintiffs' Reply to Defendant's opposition, and in further support of their Motion for Reconsideration, is currently due Monday, March 18.

While preparing the Plaintiffs' Reply, I realized that when I first reviewed your Honor's Order to determine whether there was a basis for reconsideration, I misread parts of your Honor's Order. My decision to move for reconsideration, my analysis, and my arguments, were all based on my mistaken reading of Your Honor's Order.

As I now read Your Honor's Order, Plaintiffs cannot, in good faith, move forward with their Motion for Reconsideration. Plaintiffs, therefore, withdraw their motion at this time.

I sincerely apologize for my error and thank the Court for its courtesy and attention to this matter.

Respectfully submitted,

*Daniela Jampel, Esq.*

Daniela Jampel, Esq. [DJ0925].

As Plaintiffs have withdrawn their motion, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

SO ORDERED.

Dated: March 19, 2024
       New York, New York

ANALISA TORRES
United States District Judge